IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 06 2013

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  4:13CR00324-KGB |
| vs. | ) | |
| | ) | 18 U.S.C. § 371 |
| JEFFERY MURPHY | ) | 18 U.S.C. § 2320(a) |
| RACHEL BEHLING | ) | 18 U.S.C. § 3237 |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT 1

Between in or about April 2013, and on or about October 13, 2013, in the Eastern District of Arkansas and elsewhere,

JEFFERY MURPHY and
RACHEL BEHLING

knowingly and intentionally conspired with each other to intentionally traffic in counterfeit silver bars while knowingly using counterfeit marks on and in connection such counterfeit silver bars, that is, the mark associated with Engelhard, Inc., in violation of Title 18, United States Code, § 2320(a), and in furtherance of said conspiracy, one of the co-conspirators did the following overt acts:

1. On or about October 13, 2013, JEFFERY MURPHY and RACHEL BEHLING possessed three counterfeit silver 10 ounce bars, four rubber molds, a sander,

hammer, brillo pads, silver, gloves, scales, pans with silver residue, and small lead balls.

2-4. The Grand Jury hereby realleges Counts 2-4 as Overt Acts.

All in violation of Title 18, U.S.C. § 371 and 3237.

## COUNT 2

On or about October 6, 2013, in the Eastern District of Arkansas,

RACHEL BEHLING

intentionally trafficked in goods, to-wit, one counterfeit silver bar, and knowingly used counterfeit marks on and in connection with such goods, that is, the mark associated with Engelhard, Inc. products, which counterfeit marks were identical with and substantially indistinguishable from genuine marks in use and registered for those goods on the principle register in the United States Patent and Trademark Office, and the use of which counterfeit marks was likely to cause confusion, to cause mistake, and to deceive.

All in violation of Title 18, United States Code, Section 2320(a).

## COUNT 3

On or about October 7, 2013, in the Eastern District of Arkansas,

RACHEL BEHLING

intentionally trafficked in goods, to-wit, one counterfeit silver bar, and knowingly used counterfeit marks on and in connection with such goods, that is, the mark associated with Engelhard, Inc. products, which counterfeit marks were identical with and substantially indistinguishable from genuine marks in use and registered for those goods on the principle register in the United States Patent and Trademark Office, and the use of which counterfeit marks was likely to cause confusion, to cause mistake, and to deceive.

All in violation of Title 18, United States Code, Section 2320(a).

## COUNT 4

On or about October 8, 2013, in the Eastern District of Arkansas,

RACHEL BEHLING

intentionally trafficked in goods, to-wit, one counterfeit silver bar, and knowingly used counterfeit marks on and in connection with such goods, that is, the mark associated with Engelhard, Inc. products, which counterfeit marks were identical with and substantially indistinguishable from genuine marks in use and registered for those goods on the principle register in the United States Patent and Trademark Office, and the use of which counterfeit marks was likely to cause confusion, to cause mistake, and to deceive.

All in violation of Title 18, United States Code, Section 2320(a).

(End of text.   Signature page attached.)